**Order filed November 14, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00118-CR

_____

**JUAN  THEO  VEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CR-3331**

## ORDER

Appellant is represented by appointed counsel, James DuCote. Appellant's brief was due July 10, 2019. We have granted a total of 90 days to file appellant's brief until November 8, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances.

On November 5, 2019, counsel informed this court that appellant no longer desires to pursue his appeal and counsel is in the process of obtaining appellant's

signature on a motion to dismiss the appeal. We construe this information as a request for a further extension of time in light of these circumstances.

Accordingly, we grant an extension of time to file a brief or motion to dismiss with the clerk of this court until **December 16, 2019**. If counsel does not timely file appellant's brief as ordered, or file appellant's motion to dismiss the appeal, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine if appellant desires to dismiss his appeal and consider other appropriate relief.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Christopher and Bourliot.